**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

June 26, 2015

Hon. Ruben R. Pena
Attorney at Law
125 Old Alice Rd.
Brownsville, TX 78520
* DELIVERED VIA E-MAIL *

Hon. Judith A. Hargrove
Hargrove & Evans, LLP
4425 Mopac South
Building 3, Suite 400
Austin, TX 78735
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-15-00026-CV
Tr.Ct.No. 2000-07-3059-E
Style:   Cameron County Appraisal District and Frutoso Gomez v. Thora O. Rourk, Et
         Al.


     Appellee's motion for extension of time to file brief in the above cause was this day GRANTED by this Court.  The time has been extended to Thursday, July 30, 2015.

                         Very truly yours,

                         Cecile Foy Gsanger, Clerk


CFG:ch